Name: DERRICK JEROME LEWIS
Street Address: 631 DOUGLASS WAY
City and County: SANTA MARIA, SANTA BARBARA
State and Zip Code: CA. 93454
Telephone Number: 601-734-6472

FILED
MAY 24 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK JEROME LEWIS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NEXT MOVE HOMELESS SERVICES, SIERRA SACRAMENTO VALLEY MEDICAL SOCIETY, WELLSPACE HEALTH, SACRAMENTO COUNTY DIVISION OF BEHAVIORAL HEALTH, SACRAMENTO LOAVES & FISHES

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

"SEE ATTACHED"

**Complaint for a Civil Case**

Case 2:22-CV-876-TLN KJN PS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DERRICK JEROME LEWIS
Street Address: 631 DOUGLASS WAY
City and County: SANTA MARIA, SANTA BARBARA
State and Zip Code: CA. 93454
Telephone Number: 601-734-6472

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: NEXT MOVE HOMELESS SERVICES
Job or Title (if known): BUSINESS / ORGANIZATION / FINANCIAL INSTITUTION
Street Address: N/A
City and County: SACRAMENTO, SACRAMENTO
State and Zip Code: CA.
Telephone Number: N/A

Defendant No. 2

Name: SIERRA SACRAMENTO VALLEY MEDICAL SOCIETY
Job or Title (if known): HEALTH CARE PROVIDER
Street Address: N/A
City and County: SACRAMENTO, SACRAMENTO
State and Zip Code: CA.
Telephone Number: N/A

DEFENDANTS CONTINUED:

1. TOMMY CLINKENBEARD LEGAL CLINIC
2. ST. JOHN'S LUTHERAN CHURCH
3. SAC SAFE SPACE
4. DEPARTMENT OF HUMAN ASSISTANCE (DHA/WELFARE)
5. HARM REDUCTION SERVICES
6. SACRAMENTO COVERED
7. SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES
8. SACRAMENTO STEPS FORWARD
9. CITY OF SACRAMENTO
10. SACRAMENTO REGIONAL TRANSIT
11. SACRAMENTO FOOD BANK SERVICES
12. HAND WASHING STATIONS
13. HOPE COOPERATIVE (MENTAL HEALTH CRISIS RESPITE CENTER)
14. TURNING POINT COMMUNITY PROGRAMS (SACRAMENTO COUNTY)
15. FRANCIS HOUSE CENTER
16. MERCY HOUSING
17. MUTUAL HOUSING
18. SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY
19. SACRAMENTO SELF-HELP HOUSING
20. SACRAMENTO COUNTY HOMELESS HOUSING PROGRAMS
21. THE SALVATION ARMY
22. TRAVELER'S AID
23. MY SISTER'S HOUSE
24. WEAVE
25. EMERGENCY FAMILY SHELTERS (NEXT MOVE AND VOA)
26. UNION GOSPEL MISSION
27. SALVATION ARMY SHELTER
28. FAMILY PROMISE
29. A STREET SHELTER
30. ST. JOHN'S PROGRAM FOR REAL CHANGE
31. WIND YOUTH SERVICES
32. GUEST HOUSE (EL HOGAR)
33. SACRAMENTO COUNTY MENTAL HEALTH SERVICES
34. GIFTED HEALING CENTER
35. NAMI SACRAMENTO (MENTAL HEALTH CRISIS CENTER, MINOR EMERGENCY RESPONSE CENTER, LOW COST DENTAL REFERRALS)
36. GOLDEN RULE SERVICES
37. ONE COMMUNITY CARE
38. VETERAN SERVICES OFFICE
39. SACRAMENTO VETERAN'S RESOURCE CENTER
40. SACRAMENTO WORKS JOB CENTER
41. COMMUNITY CONNECTION RESOURCE CENTER
42. GENDER HEALTH CENTER
43. ASSOCIATED PRISON MINISTRIES OF CALIFORNIA
44. CHILD ABUSE PREVENTION CENTER
45. WILLOW MEDICAL CLINIC
46. LEGAL SERVICES OF NORTHERN CALIFORNIA
47. SENIOR LEGAL HOTLINE
48. WELFARE RIGHTS
49. IMMIGRATION LEGAL ASSISTANCE
50. WOMEN'S EMPOWERMENT PROGRAM
51. DISABILITY ACTION ADVOCATE
52. LGBT COMMUNITY CENTER
53. SACRAMENTO ADVOCACY FOR FAMILY EMPOWERMENT
54. DEPARTMENT OF REHABILITATION
55. SACRAMENTO CRISIS NURSERY
56. BAART PROGRAMS
57. MEDMARK TREATMENT CENTERS
58. COMMUNITY FOR PEACE
59. HARMONY HOUSE CRISIS LINE
60. WELLSPACE HEALTH COUNSELING
61. COMMUNITY AGAINST SEXUAL HARM
62. GLORY BOUND MINISTRIES
63. ST. IGNATIUS LOYOLA PARISH
64. ST. PHILOMENES
65. WILLIAMS MEMORIAL COGIC
66. ST. VINCENTE de PAUL
67. MARYHOUSE
68. WELLSPRING WOMEN'S CENTER
69. MIDTOWN HART RESPITE CENTER
70. FRIENDSHIP PARK (LOAVES & FISHES)
71. UNION GOSPEL MISSION
72. SACRAMENTO FIRE DEPARTMENT
73. UC DAVIS MEDICAL CENTER
74. SACRAMENTO COUNTY MAIN JAIL (BOOKING)
75. SACRAMENTO COUNTY SHERRIFF DEPARTMENT

ENDANTS CONTINUED

- CRAMENTO COUNTY IMMUNIZATION ASSISTANCE CLINIC
- ACRAMENTO COUNTY SEXUAL HEALTH CLINIC
- MERCY CLINIC LOAVES & FISHES
- UC DAVIS HEALTH SYSTEM EXPRESS CARE
- UC DAVIS MEDICAL CENTER PAVILION PHARMACY
- MY UCDAVISHEALTH FOR iOS DEVICES
- MY UCDAVISHEALTH FOR ANDROID DEVICES
- MY UCDAVISHEALTH (FORMERLY MyChart®)
- APPLE / iOS

5-23-2022
85. UC DAVIS EMPLOYEE (ATTENDING: 1548498397 (JULIE, IAN MICHAEL, MD)
86. UC DAVIS EMPLOYEE NUMBER: 295298697, PRINTED ON UNIVERSITY OF CALIFORNIA DAVIS PATIENT INFORMATION RECORD (TIME AND DATE) 11:21 PM ON MAY 23, 2022
87. MEDI-CAL
88. CHARITY CARE DISCOUNT PROGRAM
89. COUNTY MEDICALLY INDIGENT SERVICES PROGRAM
90. YOLO COUNTY
91. DAVIS COMMUNITY CLINIC
92. PETERSON CLINIC
93. SALUD CLINIC
94. EL DORADO COUNTY (MEDI-CAL)
95. FAIRFIELD OFFICE (~~MEDICAL~~)
96. NEVADA COUNTY (MEDI-CAL)
97. PLACER COUNTY (MEDI-CAL)
98. SAN JOAQUIN COUNTY (MEDI-CAL)
99. SOLANO COUNTY (MEDI-CAL)
100. SUTTER COUNTY (MEDI-CAL)
101. YUBA COUNTY (MEDI-CAL)
102. SACRAMENTO COUNTY PRIMARY CARE
103. PATIENT FINANCIAL SERVICES (SACRAMENTO)
104. CALIFORNIA CHILDREN'S SERVICES
105. MEDICARE
106. ELICA HEALTH CENTERS
107. NOEL JONES (HOPE COOPERATIVE, PROGRAM MANAGER)
108. SACRAMENTO POLICE DEPARTMENT
109. SACRAMENTO DIVISION OF ADULT SUPERVISION
110. 7 ELEVEN ON J STREET (SACRAMENTO)
111. 7 ELEVEN ON WEST J STREET (SACRAMENTO)

Defendant No. 3

    Name                  SACRAMENTO COUNTY DIVISION OF BEHAVIORAL HEALTH

    Job or Title (if known)    HEALTH CARE

    Street Address        N/A

    City and County     SACRAMENTO, SACRAMENTO

    State and Zip Code   CA

    Telephone Number   N/A

Defendant No. 4

    Name                  FRANCIS HOUSE CENTER

    Job or Title (if known)    ORGANIZATION (PROGRAM OF NEXT MOVE HOMELESS SERVICES)

    Street Address        1422 C STREET

    City and County     SACRAMENTO, SACRAMENTO

    State and Zip Code   CA. 95814

    Telephone Number   916-443-2646

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FRAUD, WIRE TRANSFER, ONLINE SHOPPING, DEBIT CARD FRAUD, AND PROPOSITION 63, MENTAL HEALTH SERVICES ACT (MHSA), IDENTITY THEFT

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* DERRICK JEROME LEWIS, is a citizen of the State of *(name)* CALIFORNIA.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

DEFENDANT INFORMATION:

1. SIERRA SACRAMENTO VALLEY MEDICAL SOCIETY IS A CORPORATION IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

2. SACRAMENTO COUNTY DIVISION OF BEHAVIORAL HEALTH IS A HEALTH CARE PROVIDER IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

3. SACRAMENTO LOAVES AND FISHES IS A CHARITABLE FOUNDATION IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

4. SACRAMENTO COUNTY DEPARTMENT OF HUMAN ASSISTANCE IS A GOVERNMENT AGENCY IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

5. FRANCIS HOUSE CENTER IS A CHARITABLE PROGRAM IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

6. SACRAMENTO COUNTY MENTAL HEALTH SERVICES IS A HEALTH CARE PROVIDER IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

7. MERCY HOUSING, IS A CORPORATION IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS IN THE STATE OF CALIFORNIA

8. SACRAMENTO SELF-HELP HOUSING, IS A CORPORATION IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

9. NAMI SACRAMENTO IS A HEALTH CARE PROVIDER IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

10. MUTUAL HOUSING, IS A CORPORATION IS INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF CALIFORNIA

      b.     If the defendant is a corporation

The defendant, *(name)* NEXT MOVE HOMELESS SERVICES, is incorporated under the laws of the State of *(name)* CALIFORNIA, and has its principal place of business in the State of *(name)* CALIFORNIA. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

"SEE ATTACHED"

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

275 MILLION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I HAD MY IDENTITY STOLEN AS WELL AS MY MOBILE ACCOUNTS CONTROLLED, POSTED VIDEOS, PHOTOS, AND TRANSFERRED MONEY BY WIRE FRAUD, DEBIT CARDS, AND ONLINE SHOPPING, MY HEALTHCARE SERVICES WERE FRAUDULENT WITH TREATMENT BY SIERRA SACRAMENTO VALLEY MEDICAL SOCIETY, SACRAMENTO COUNTY DIVISION OF BEHAVIORAL HEALTH, SACRAMENTO COUNTY DEPARTMENT OF HUMAN ASSISTANCE, NAMI SACRAMENTO, FRANCIS HOUSE CENTER, SACRAMENTO LOAVES AND FISHES ALSO MADE FRAUDULENT TRANSACTION ON MY MOBILE AND INTERNET ACCOUNTS

"SEE ATTACHED"

STATEMENT OF CLAIM CONTINUED:

AS WELL AS USING MY IDENTITY TO TRANSFER FUNDS, RENT VEHICLES, PROPERT, OWN OR MORTGAGE HOMES, SACRAMENTO DEPARTMENT OF HUMAN ASSISTANCE USED MY MOBILE AND INTERNET ACCOUNTS TO PAY EBT AND OTHER DEBIT CARD AND GIFT CARDS. MUTUAL HOUSING, MERCY HOUSING USED THE ACCOUNTS TO BUY, RENT AND SALE REAL PROPERTY, AS WELL AS SACRAMENTO SELF-HELP HOUSING.

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DAMAGES AND RELIEF IS PAIN AND SUFFERING AND RELIEF WOULD BE A MONETARY AWARD OF 275 MILLION

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-23 , 2022.

Signature of Plaintiff  _Derrick Lewis (Derrick Jerome Lewis)_
Printed Name of Plaintiff  DERRICK JEROME LEWIS

6