1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DERRICK JEROME LEWIS,                    No. 2:22-cv-00876-TLN-KJN

12              Plaintiff,

13      v.                                    **ORDER**

14   NEXT MOVE HOMELESS SERVICES,
     et al.,
15
                Defendants.
16

17

18          On July 25, 2022, the magistrate judge filed findings and recommendations, which were

19   served on Plaintiff and which contained notice that any objections to the findings and

20   recommendations were to be filed within fourteen days.  (ECF No. 4.)  No objections were filed.

21          Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v.*

22   *United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

23   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

24   1983).

25          The Court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.

27   ///

28   ///

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed July 25, 2022 (ECF No. 4) are ADOPTED in full;

2.  The action is DISMISSED for failure to state a claim;

3.  Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is DENIED as moot; and

4.  The Clerk of Court is directed to close this case.

**DATED:  September 19, 2022**

_____
Troy L. Nunley
United States District Judge