## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DERRICK JEROME LEWIS,**

CASE NO: **2:22−CV−00876−TLN−KJN**

v.

**NEXT MOVE HOMELESS SERVICES, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/20/2022**

**Keith Holland**
Clerk of Court

ENTERED: **September 20, 2022**

by: /s/ A. Coll
Deputy Clerk